MARY BURKE, an Infant, by GEORGE J. O'KEEFE, Her
    Guardian ad Litem, Appellant, *v.* THE LONDON GUARANTEE
    AND ACCIDENT COMPANY, Respondent.

*Burke* v. *London Guarantee & Accident Co.*, 126 App. Div. 933, affirmed.
(Argued June 10, 1910; decided October 11, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
May 13, 1908, affirming a judgment in favor of defendant
entered upon a decision of the court on trial at Special Term
in an action to recover the amount of a judgment for personal
injuries theretofore recovered against an insolvent corporation
which at the time was insured by defendant against such
liability.

*Ernest P. Seelman* for appellant.

*Frederick Hulse* for respondent.

Judgment affirmed, with costs; no opinion.
    Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER,
WILLARD BARTLETT and CHASE, JJ.

---

In the Matter of the Application of the CITY OF NEW YORK,
    Appellant, Relative to Acquiring Title to Lands Required
    for a Public Park along the Shore of the East River in
    the Borough of Queens.
            EAST RIVER LAND COMPANY, Respondent.

*Matter of City of New York (Public Park)*, 138 App. Div. 890, affirmed.
(Argued September 26, 1910; decided October 11, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
April 22, 1910, which affirmed an order of Special Term
directing the comptroller of the city of New York to pay to
the respondent herein a sum fixed as the cash disbursements

caused said respondent by the discontinuance of the above-entitled proceeding.

*Archibald R. Watson, Corporation Counsel* (*Joel J. Squier* and *G. E. Draper* of counsel), for appellant.

*Charles Benner* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ. Absent: WILLARD BARTLETT, J.

---

ALBERT H. DOLLARD, Appellant, *v.* BENJAMIN KORONSKY et al., Doing Business under the Firm Name of B. KORONSKY & SON, Defendants.

In the Matter of the Motion to Adjudge. MAX E. BLOCH, Respondent, Guilty of Contempt.

*Dollard* v. *Koronsky,* 138 App. Div. 213, affirmed.
(Argued September 26, 1910; decided October 11, 1910.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 20, 1910, affirming an order of the Appellate Term which reversed an order of the City Court of the city of New York adjudging the respondent herein guilty of contempt of court.

The following question was certified:

"Where the court orders the release, *pendente lite,* of a challenged levy of execution, provided the debtor cause to be substituted in its place, for the creditor's protection, an undertaking conditioned for the payment of the supporting judgment and certain expenses in case the attack on the levy should ultimately fail; and where, to procure such release, such an undertaking, joint and several in form, is thereupon furnished, reciting in terms said order and its said protectory provision; and where the sureties thereon are, at the time of qualifying, each worth double the amount of such undertaking; and where the levy is thereupon released; and such